**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-1336**

PATRICK CHRISTIAN,

        Plaintiff - Appellant,

     v.

WILLIAM H. DADMUN, Records & Receipts Manager; VICKI BRIDGEMAN, Unclaimed Property Manager; MANJU GANERIWALA, Virginia Treasurer,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:18-cv-00489-MHL)

Submitted:  July 18, 2019                            Decided:  July 22, 2019

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick O. Christian, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Christian v. Dadmun*, No. 3:18-cv-00489-MHL (E.D. Va. Mar. 27, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*